UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LORI POTTER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

Case No. 5:23-cv-617-BJD-PRL

BABBEL, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Voluntary Dismissal Without Prejudice (Doc. 7; Notice) filed by Plaintiff on October 21, 2023. In the Notice, Plaintiff voluntarily dismisses the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED**:

    1.    This case is **DISMISSED without prejudice.**

    2.    The Clerk of the Court is directed to close the file.


**DONE** and **ORDERED** in Jacksonville, Florida this 8th day of November 2023.

_____
BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record